1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10   MANOHAR SINGH KONDOLAY,              1:10-cv-00308-SMS (PC)

11              Plaintiff,               ORDER TO SUBMIT APPLICATION
                                         TO PROCEED IN FORMA PAUPERIS
12       v.                              OR PAY FILING FEE WITHIN 45 DAYS

13   DAVE CONNOR, et al.,

14              Defendants.
     _____/
15

16       Plaintiff, a federal prisoner proceeding pro se, filed this civil action on February 22, 2010.

17   Plaintiff did not pay the $350.00 filing fee or file an application to proceed in forma pauperis

18   pursuant to 28 U.S.C. § 1915.

19       Accordingly, IT IS HEREBY ORDERED that:

20       1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

21   pauperis.

22       2.  Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

23   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

24   the $350.00 filing fee for this action.   Failure to comply with this order will result in dismissal of

25   this action.

26

27   IT IS SO ORDERED.

28   **Dated:    February 23, 2010**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE